1  DAVID H. KRAMER, State Bar No. 168452
WILSON SONSINI GOODRICH & ROSATI
2  Professional Corporation
650 Page Mill Road
3  Palo Alto, CA 94304-1050
Telephone:  (650) 493-9300
4  Facsimile:   (650) 565-5100
dkramer@wsgr.com
5
Attorneys for Defendants
6  YOUTUBE, INC., YOUTUBE, LLC &
GOOGLE INC.
7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10             SAN FRANCISCO DIVISION

11

| | | |
|---|---|---|
| DAVID J. GRISMAN and CRAIG MILLER, individually and collectively, doing business as DAWG MUSIC, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>YOUTUBE, INC., YOUTUBE, LLC and GOOGLE INC.,<br><br>Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | CASE NO.:  C 07-02518 JCS<br><br>**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**<br><br>Before:  Hon. Joseph C. Spero |

19

20        REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE:

21        The undersigned parties in the above-captioned civil matter hereby decline to consent to

22  the assignment of this case to a United States Magistrate Judge for trial and disposition and

23  hereby request the reassignment of this case to a United States District Judge.

24  Dated: May 15, 2007           WILSON SONSINI GOODRICH & ROSATI

25

26                               By:        /s/ David H. Kramer
                                         David. H. Kramer

27
                                 Attorneys for Defendants
28                               YOUTUBE, INC., YOUTUBE, LLC &
                                 GOOGLE INC

DEFS' MAGISTRATE DECLINATION          Magistrate Declination -- Grisman_(PALIB1_3116865_1).DOC
CASE NO. C 07-02518