IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DAVID J GRISMAN,                                         No. C 07-02518SI

        Plaintiff,                                         **NOTICE**

 v.

YOUTUBE INC,

        Defendant.
                                              /

To All Parties:

YOU ARE HEREBY NOTIFIED THAT the initial case management conference shall occur on Friday, August 17, 2007, at 2:00 p.m. Please comply with the attached order when preparing for the conference.

Dated: May 23, 2007                              RICHARD W. WIEKING, Clerk



                                                            Tracy Sutton
                                                            Deputy Clerk

**United States District Court**
For the Northern District of California