1  Joseph J. Tabacco, Jr. (75484)
   Christopher T. Heffelfinger (118058)
2  **BERMAN DEVALERIO PEASE TABACCO BURT& PUCILLO**
3  425 California Street, Suite 2100
   San Francisco, California 94104
4  Telephone: (415) 433-3200
   Facsimile: (415) 433-6382
5  *Local Counsel for Plaintiffs*

6  Christopher Lovell
   Christopher M. McGrath
7  **LOVELL STEWART HALEBIAN LLP**
   500 Fifth Avenue, 58th Floor
8  New York, New York 10110
   Telephone: (212) 608-1900
9  Facsimile:  (212) 719-4677
   *Counsel for Plaintiffs*
10

11 [Additional Counsel Listed on Signature page]

12                **UNITED STATES DISTRICT COURT**

13                **NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DAVID J. GRISMAN & CRAIG MILLER, individually and collectively, doing business as DAWG MUSIC, on behalf of themselves and all those similarly situated, | Case No. C 07-02518 (SI) <br><br> **NOTICE OF VOLUNTARY DISMISSAL** |
| Plaintiffs, | |
| vs. | |
| YOUTUBE, INC., YOUTUBE, LLC and GOOGLE, INC. | |
| Defendants. | |

[C-07-02518-SI] NOTICE OF VOLUNTARY DISMISSAL

1 | PLEASE TAKE NOTICE that, pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, and no answer or motion for summary judgment having been served, this action is dismissed, without prejudice and without costs to any party.

Dated: May 25, 2007

Respectfully Submitted,

/s/ Nicole Lavallee
NICOLE LAVALLEE

Joseph J. Tabacco, Jr.
**BERMAN DEVALERIO PEASE TABACCO BURT& PUCILLO**
425 California Street, Suite 2100
San Francisco, California 94104
Telephone: (415) 433-3200
Facsimile: (415) 433-6382

**Local Counsel for Plaintiffs**

Christopher Lovell
Christopher M. McGrath
**LOVELL STEWART HALEBIAN LLP**
500 Fifth Avenue, 58th Floor
New York, New York 10110
Telephone: (212) 608-1900
Facsimile: (212) 719-4677

Jeffrey L. Graubart
**LAW OFFICES OF JEFFREY L. GRAUBART**
350 West Colorado Boulevard, Suite 200
Pasadena, California 91105-1855
Telephone: (626) 304-2800
Facsimile: (626) 304-2807

Steve J. D'Onofrio
**D'ONOFRIO & ASSOCIATES**
5335 Wisconsin Avenue, N.W. Suite 950
Washington, D.C. 20015
Telephone: (202) 686-2872
Facsimile: (202) 686-2875

**Counsel for Plaintiffs**